Appeal, First Circuit, Parish of Assumption. 184 So.2d 311.

Writ refused. The result is correct.

186 So.2d 159

**Dan NICKENS et ux.**

v.

**C. A. McGEHEE et ux.**

**No. 48187.**

May 19, 1966.

In re: Mrs. Rhea Regina Armond Mc-Gehee et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 184 So.2d 271.

Writ refused. On the facts found by the Court of Appeal the result is correct.